# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jack Hendrix McLemore  Jr.
Attorney at Law
200 Advocate Row, Ste B
Vidalia LA 71373

Drew M. Talbot
Rainer, Anding & McLindon
8480 Bluebonnet Blvd., Suite D
Baton Rouge LA 70810

## REHEARING ACTION: December 26, 2012

**Docket Number: 12   00422-CA**

**CONCORDIA PARISH SCHOOL BOARD, ET AL.**
**VERSUS**
**LOUISIANA MACHINERY RENTALS, LLC**

**Appealed from Concordia Parish Case No. 45820, Div. A**

**BEFORE JUDGES:**

 **Hon. John D. Saunders**
 **Hon. Elizabeth A. Pickett**
 **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the petition to vacate opinion and application for rehearing with request for preferential assignment and decision & the peremptory exception of lack of jurisdiction over the subject matter and motion to vacate opinion as null filed by **Concordia Parish School Board, et al** have this day been

 **DENIED.**

cc: Jesse R. Adams, III, Counsel for the Appellant